UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON LETCHFORD,

              Plaintiff,

      v.

SCOTWORK (NORTH AMERICA) INC. and
SCOTWORK LIMITED (SI),

              Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-10-20

19-CV-8921 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The conference scheduled in this action for August 14, 2020 at 10:30 a.m. will be held via telephone. The parties shall use the dial-in information provided below to call in to the conference:

      Call-in Number: (888) 363-4749
      Access Code: 1015508

      This conference line is open to the public.

SO ORDERED.

Dated:    August 10, 2020
           New York, New York

_____
RONNIE ABRAMS
United States District Judge