USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-14-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON LETCHFORD,
              Plaintiff,
      v.

SCOTWORK (NORTH AMERICA), INC., *et al*,
              Defendants.

19-CV-8921 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed during today's conference, the parties shall file their cross motions for summary judgment by November 30, 2020. Oppositions must be filed by January 11, 2021, and any replies must be filed by January 22, 2021.

Further, by August 31, 2020, the parties must submit to the court a joint letter, informing it as to whether the parties consent to engage in a settlement conference or further mediation. If the parties do not so consent, the above briefing schedule will stand.

    SO ORDERED.

Dated:    August 14, 2020
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge