| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9/14/2021 |

SIMON LETCHFORD,

                              Plaintiff,

            v.                                    19-CV-8921 (RA)

                                                        ORDER

SCOTWORK (NORTH AMERICA), *et al.*,

                              Defendants.

RONNIE ABRAMS, United States District Judge:

      The applications for oral argument are granted. Dkt. 54, 56. Oral argument on the motions for summary judgment is **scheduled for September 27, 2021 at 2:00 p.m.,** and will be held by videoconference.

      The conference line for argument is (888) 363-4749 and the access code is 1015508. This line is open to the public. The Court will contact the parties the day before argument regarding the videoconferencing technology.

SO ORDERED.

Dated:    September 14, 2021
               New York, New York

                                                                  Ronnie Abrams
                                                                  United States District Judge