```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/28/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON LETCHFORD,

           Plaintiff

v.

SCOTWORK (NORTH AMERICA) INC.
and SCOTWORK LIMITED (SI),

           Defendants.

No. 19-CV-8921 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Upon consideration of the parties' motion papers and argument at yesterday's hearing, the parties' claims for declaratory judgment are dismissed. The parties' cross-motions are otherwise denied. The Court's reasoning will follow. The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 37, 38, and 39.

    A conference to discuss the next steps in this case, including scheduling the case for trial, will be held telephonically on October 13, 2021 at 11:00 a.m. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    September 28, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge