UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/14/21
```

SIMON LETCHFORD,

            Plaintiff

v.

SCOTWORK (NORTH AMERICA) INC.
and SCOTWORK LIMITED (SI),

            Defendants.

No. 19-CV-8921 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at the conference held yesterday, October 13, 2021, the parties shall submit a joint letter proposing trial dates no later than October 18, 2021. The Court is available for a bench trial the weeks of October 25, November 8, November 15, November 29, December 6, and December 13.

SO ORDERED.

Dated:    October 14, 2021
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge